# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00822-CV

**In re State Farm Mutual Automobile Insurance Company**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties filed a joint motion to abate this original proceeding pending a decision by the Supreme Court in a case the parties say raises the same issue as in this case. This Court grants the motion and abates this appeal until further order of this Court. The parties shall file a status report no later than thirty days following the Supreme Court's final decision.

Before Justices Baker, Triana, and Smith

Filed: February 15, 2024